IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-MJ-2076-JG-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JESSICA I. SHREWSBURG, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the government's motion (D.E. 15) to dismiss with prejudice the criminal information (D.E. 1) filed against defendant pursuant to Federal Rule of Criminal Procedure 48(a) and the pretrial diversion agreement (D.E. 13) entered in this case. The government represents that defendant has now successfully complied with all terms and conditions of the pretrial diversion agreement such that she is entitled to dismissal of the information. The court finds that the government's motion is made in good faith and that dismissal of this case is not contrary to the public interest. *See United States v. Goodson*, 204 F.3d 508, 512 (4th Cir. 2000) (holding that "the court must grant the government's Rule 48(a) motion unless the court concludes that to grant it would be clearly contrary to manifest public interest, determined by whether the prosecutor's motion to dismiss was made in bad faith"). Accordingly, the motion is GRANTED, and the criminal information against defendant is hereby DISMISSED WITH PREJUDICE.

SO ORDERED, this the 8th day of September 2014.

_____
James E. Gates
United States Magistrate Judge